# United States District Court

**EASTERN** DISTRICT OF **TENNESSE**

JOYCE D. OTT,                                          JUDGMENT IN A CIVIL CASE

V.

MICHAEL J. ASTRUE,                          CASE NUMBER: 3:09-cv-166
Commissioner of Social Security

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under **sentence four** of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), this Court hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner for a new hearing.

     August 5, 2010                                       Patricia L. McNutt, Clerk
Date

                                                                                By    s/ A. Brush
                                                                                Deputy Clerk