UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOYCE OTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-CV-166 |
| ) | (Phillips/Shirley) |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND OPINION**

This Social Security appeal is before the Court on the Report and Recommendation ("R&R") filed by United States Magistrate Judge C. Clifford Shirley [Doc. 31]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the magistrate judge's conclusion that Plaintiff's Motion for Attorney Fees [Doc. 25] under the Equal Access to Justice Act, 28 U.S.C. § 2412, be granted, and that Plaintiff's counsel be awarded attorney fees in the amount of **$2,128.00**. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 31] under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the R&R [Doc. 31], which the Court adopts and incorporates into its ruling, that Plaintiff's Motion for Attorney Fees [Doc. 25] is **GRANTED, whereby Plaintiff's counsel is awarded attorney fees in the amount of $2,128.00**.

1

**ENTER:**

    s/ Thomas W. Phillips
United States District Judge